■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS RODRIGUEZ, Appellant, v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent. — Motion denied, without costs, and without prejudice to application by appellant to the court before whom the proceedings were heard to be furnished, without charge, copy of the transcript of the minutes of the hearing. (CPLR 1102, subd. [b].) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORBERT HARRIS, Appellant, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.— Motion, insofar as it seeks permission to file notice of appeal in Clerk's office of Clinton County *nunc pro tunc,* pursuant to CPLR 5520, and permission to proceed as a poor person, granted, without costs, and in all other respects denied. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

(December 14, 1964)

■ JOHN T. FREDERICK, JR., et al., Respondents, v. DOUGLAS MOBILE CORP., Defendant, and DAVID SIEGLER et al., Appellants.— MEMORANDUM BY THE COURT. The individual defendants appeal from an order of the Supreme Court at Special Term denying their motion to dismiss the complaint upon the ground that the pleading fails to state a cause of action. (CPLR 3211, subd. [a], par. 7.) The complaint alleges the breach of a written agreement entered into by the parties whereby defendants, jointly and severally, agreed to repurchase from plaintiffs at a fixed price and within one year from its date 3,000 shares of the capital stock of defendant corporation delivered to them in part payment of the purchase price of a miniature automobile racetrack. Since time is not stated to be of the essence, we think that the motion was properly denied to permit the development at the trial of the circumstances bearing upon the materiality which the parties intended to accord the time provision of the contract. The prior denial of plaintiffs' motion for summary judgment is not *res judicata.* Order affirmed, with $10 costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.